UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIELLE HARMON,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF SANTA CLARA, et al.,<br>　　　　Defendants. | Case No.  5:16-cv-04228-EJD<br><br>**PRETRIAL ORDER (JURY)** |

The above-entitled action is scheduled for a Trial Setting Conference on August 24, 2017. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| **EVENT** | **DATE** |
|---|---|
| Final Pretrial Conference | 11:00 a.m. on June 21, 2018 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | June 7, 2018 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | June 10, 2018 |
| Jury Selection | 9:00 a.m. on July 10, 2018 |
| Jury Trial[1] | July 10, 11, 13, 17, 18, 20, 24, 25, 27, 31, and August 1, 3, 7, 2018 |

---

[1]  Jury trials will are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to

| Jury Deliberations | August 7, 2018 |
|---|---|

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: August 18, 2017

EDWARD J. DAVILA
United States District Judge

---

commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2

Case No.: 5:16-cv-04228-EJD
PRETRIAL ORDER (JURY)