UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE HARMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA CLARA, an others,<br><br>　　　　Defendants. | Case No. 16-cv-04228 EJD (NC)<br><br>**ORDER FOLLOWING NOTICE OF VIOLATION OF PROTECTIVE ORDER**<br><br>Re: Dkt. No. 59 |

　　　　The parties to this case agreed to, and the Court approved, a Stipulated Protective Order designed to regulate the production of confidential, proprietary, and private information. Dkt. No. 27. The Protective Order has provisions regulating judicial intervention into disputes over confidentiality designations (§§ 6.2, 6.3); and the process following unauthorized disclosure of protected material (§ 10).

　　　　On September 28, 2017, plaintiff filed a "Notice of Unintentional Violation of Stipulated Protective Order." Dkt. No. 59. That Notice discloses that plaintiff, through her counsel, violated the terms of the Protective Order by publicizing a video of Harmon's arrest that had been marked as confidential when it was produced to plaintiff's counsel by the City of Santa Clara. The first part of the Notice argues that sanctions would be inappropriate. The Court does not address this argument yet, as defendants have not moved for sanctions. The second part of the Notice asks the defendants to reclassify the

Case No. 16-cv-04228 EJD (NC)

video as *not* confidential. This request triggers a meet and confer process between the parties under § 6.2 of the Protective Order. Accordingly, the Court will wait to address the Notice until after it has heard from defendants' counsel that the meet and confer process is complete.

In conclusion, the Court is concerned by the violation of the Protective Order, but will wait to take any action until the parties have conferred and the defendants have filed a response.

**IT IS SO ORDERED.**

Dated:  October 2, 2017                                    _____
                                                           NATHANAEL M. COUSINS
                                                           United States Magistrate Judge