1  ELIZABETH A. SKANE (SBN 187752)
   PAUL O'KEEFE (SBN 253111)
2  SKANE WILCOX, LLP
   33 New Montgomery Street, Suite 1250
3  San Francisco, CA 94105
   Telephone: (415) 431-4150
4  Facsimile:  (415) 431-4151

5  Attorneys for Defendants
   CITY OF SANTA CLARA and
6  CITY OF SANTA CLARA POLICE CHIEF SELLERS

7              **UNITED STATES DISTRICT COURT**

8             **NORTHERN DISTRICT OF CALIFORNIA**

9

10  DANIELLE HARMON, individually,            )
                                              )   No.: 5:16-cv-04228-EJD
11            Plaintiff,                       )
                                              )
12  vs.                                        )   **[~~PROPOSED~~] ORDER**
                                              )   **GRANTING CITY OF SANTA**
13  CITY OF SANTA CLARA, a public entity; CITY OF )   **CLARA AND CITY OF SANTA**
    SANTA CLARA POLICE CHIEF MICHAEL          )   **CLARA POLICE CHIEF**
14  SELLERS; SANTA CLARA POLICE OFFICERS      )   **MICHAEL SELLERS'**
    MARK SHIMADA, MITCHELL BARRY, PETER       )   **MOTION TO SHORTEN**
15  STEPHENS, SERGEANT GREGORY D. HILL,       )   **TIME FOR BRIEFING AND**
    DETECTIVE GREG DEGER, and DOES 1-10, Jointly )   **HEARING ON DEFENDANTS'**
16  and Severally                             )   **MOTION TO DEPOSIT**
                                              )   **SETTLEMENT FUNDS WITH**
17            Defendants.                      )   **THE COURT PER F.R.C.P**
                                              )   **RULE 67**
18                                            )
                                              )
19                                            )
                                              )
20                                            )
                                              )
21                                            )
                                              )
22                                            )
                                              )
23                                            )
                                              )
24                                            )
                                              )
25  _____ )

26

27

28
   No. 5:16-CV-04228-EJD: [PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME

The Court hereby GRANTS Defendant City of Santa Clara and City of Santa Clara Chief of Police Michael Sellers' Motion to Shorten Time for Briefing and Hearing of Defendants' Motion to Deposit the $6.7 Million settlement funds into an interest bearing account with the Court pursuant to Federal Rule of Civil Procedure Rule 67(a).  The briefing and hearing schedule is modified as follows:

Responses Due:_____ Defendants may file a reply brief by Monday, November 6

Hearing on:_Thursday, November 9, at 11:00 a.m.

DATED:   October 31, 2017                    UNITED STATES DISTRICT COURT

                                                         Hon. Edward J. Davila