MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff
DANIELLE HARMON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE HARMON, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SANTA CLARA, a public entity; CITY OF SANTA CLARA POLICE CHIEF MICHAEL SELLERS; SANTA CLARA POLICE OFFICERS MARK SHIMADA, MITCHELL BARRY, PETER STEPHENS, SERGEANT GREGORY D. HILL, DETECTIVE GREG DEGER, and DOES 1-10, Jointly and Severally <br><br> Defendants. | No.: 5:16-cv-04228-EJD <br><br> **STIPULATION AND (~~PROPOSED~~) ORDER OF PARTIAL DISMISSAL** |

No. 5:16-CV-04228-EJD: STIP. & (PROP.) ORDER OF PARTIAL DISMISSAL

All parties, by and through their respective counsel of record, hereby stipulate and agree to the partial dismissal of this case as follows:

Defendants City of Santa Clara Police Chief Michael Sellers, Santa Clara Police Officer Mark Shimada, Santa Clara Police Officer Mitchell Barry, Santa Clara Police Officer Peter Stephens, Santa Clara Police Sergeant Gregory D. Hill, and Santa Clara Police Detective Greg Deger are hereby dismissed from this matter with prejudice, with all parties to bear their own costs and attorneys' fees.

All claims against Defendant City of Santa Clara remain pending.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 9, 2017                HADDAD & SHERWIN LLP

/s/ *Julia Sherwin*

JULIA SHERWIN
Attorneys for Plaintiff DANIELLE HARMON

DATED: November 9, 2017                BERRY WILKINSON LAW GROUP

/s/ *Alison Berry Wilkinson**

ALISON BERRY WILKINSON
Attorneys for Defendants SANTA CLARA POLICE OFFICERS MARK SHIMADA, MITCHELL BARRY, PETER STEPHENS, SERGEANT GREGORY D. HILL, and DETECTIVE GREG DEGER

DATED: November 9, 2017                SKANE WILCOX LLP

/s/ *Paul O'Keefe**

PAUL O'KEEFE
Attorneys for Defendants CITY OF SANTA CLARA, and SANTA CLARA CHIEF OF POLICE MICHAEL SELLERS

* Ms. Wilkinson and Mr. O'Keefe provided their consent that this document be ECF filed with their electronic signatures.

1

**(PROPOSED) ORDER**

Pursuant to Stipulation of the parties and for good cause, IT IS SO ORDERED.

Dated: November 9, 2017     UNITED STATES DISTRICT COURT

*[signature]*

Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE